### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:03CR200 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **DEVIN DELAINE QUALLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to substitute counsel (Filing No. 60).

IT IS ORDERED that the government's motion to substitute counsel (Filing No. 60) is granted.

DATED this 17th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge