## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **8:03-200** |
| vs. | ) | |
| | ) | **ORDER** |
| DEVIN D. QUALLS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Devin D. Qualls appeared before the court on November 27, 2006 on a Second Petition for Warrant or Summons for  Offender Under Supervision [58].  The defendant  was represented by Assistant Federal Public Defender Michael F. Maloney and  the United States was represented by Assistant U.S. Attorney Russell X. Mayer.   Defendant was not entitled to a preliminary examination and the government did not request a detention hearing.  Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1.     A final dispositional hearing will be held before  Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 11, 2006 at 1:30 p.m.** Defendant must be present in person.

2.     The defendant is released on current conditions of supervision.


DATED this 28th day of November, 2006.


BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge